UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| In Re: | **Chapter 7** |
| **ESTELLA BRIZINOVA** and **EDWARD SOSHKIN** a/k/a **EDUARD SOSHKIN** | Case No. 12-42935 (ESS) |
| Debtors. | |

------------------------------------------------------------

## AFFIDAVIT IN SUPPORT OF APPLICATION AND ORDER TO RETAIN ATTORNEY FOR TRUSTEE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

      ROBERT L. GELTZER, being duly sworn, deposes and says:

      1.    I am a member of the firm of the Law Offices of Robert L. Geltzer and request approval to be as Attorney to the Trustee.

      2.    I have received no retainer for my services to the Trustee, and I will make application to this Court for payment from the estate of fees at the usual and customary rates then prevailing and for reimbursement of its disbursements.

      3.    No agreement or understanding exists between the Law Offices of Robert L. Geltzer and any other person for a division of compensation to be received for services rendered in, or in connection with, the within Chapter 7 case, nor shall the Law Offices of Robert L. Geltzer share or agree to share the compensation paid or allowed from the Debtor's estate for such services with any other person.

      4.    No agreement or understanding prohibited by Section 155 of Title 18 of the United States Code, or Section 504 of Title 11 of the United States Code has been or will be made by the Law Offices of Robert L. Geltzer.

      5.    To the best of my knowledge and belief, the Law Offices of Robert L. Geltzer and Robert L. Geltzer, Esq. neither hold nor represent any interest adverse to the

Trustee or to the estate of this Debtor, and each is a disinterested party within the meaning of Sections 101(14) and 327(a) of the Bankruptcy Code.

6. To the best of my knowledge and belief, the Law Offices of Robert L. Geltzer and Robert L. Geltzer, Esq. do not represent and have had no connection with the Debtor, its creditors or any other parties in interest or their respective attorneys, other than the Trustee in this case, or his attorneys and accountants, if any, in the matters upon which it is to be engaged.

7. The undersigned is the attorney who will bear primary responsibility for the representation whose authority is sought herein.

8. The undersigned has read and is generally familiar with: The Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

9. The undersigned is competent to represent the interests of the Trustee in all matters reasonably expected to come before the Court in this proceeding.

/s/ Robert L. Geltzer
ROBERT L. GELTZER (RG 4656)
The Law Offices of
ROBERT L. GELTZER
1556 Third Avenue, Suite 505
New York, New York 10128
(212) 410-0100

Subscribed and sworn to before
me this 27th day of August, 2012.

/s/ Mark E. Bruh
   Notary Public

MARK E. BRUH
Notary Public, State of New York
No. 02BR6088274
Qualified in Queens County
Commission Expires March 3, 2015