

**CARLEY & LUST, ATTORNEYS AT LAW, PLLC**
22 CORTLANDT STREET, SUITE 1625
NEW YORK, NY 10007

IRINA LUST, ESQ. TEL: (212) 960-3775
ANNA CARLEY, ESQ. TEL: (212) 960-8766
GENERAL FAX: (646) 619-4184

June 22, 2012

*VIA FIRST CLASS MAIL AND FAX (212-410-0100)*

**Trustee Robert L Geltzer**
1556 Third Avenue, Suite 505
New York, NY 10128
212-410-0100

   Re: Estella Brizinova and Edward Soshkin (EDNYL 12-42935) Chapter 7

As a result of your document request at the May 24, 2012 meeting of the creditors relevant to the above mentioned case, I am providing the following documents and information:

1) Relevant documents were mailed to your CPA Andrew W. Plotzker on June 11, 2012 via USPS (confirmation #: 0311 2550 0001 9887 4329).

2) Marc Yaverbaum appraised the debtors' home on June 21, 2012, and informed our client that he will try to get you the report today.

3) Both Acura cars are now surrendered. Relevant forms are attached.

4) Nick Soshkin's address is 288 Timber Ridge Drive, Staten Island, NY 10306. Igor Soshkin currently resides at 65 Mayberry Promenade, Staten Island, NY, 10312.

The initial meeting is currently adjourned to July 10, 2012. You mentioned that if the above were timely provided, it may not be necessary. I trust that after you review the information provided, you will contact us to let us know whether this meeting is needed.

Thank you in advance for your time, and anticipated cooperation.

                Sincerely,

                Irina Lust, Esq.

WWW.CARLEYANDLUSTLAW.COM  IRINA@CARLEYANDLUSTLAW.COM  ANNA@CARLEYANDLUSTLAW.COM



**CARLEY & LUST, ATTORNEYS AT LAW, PLLC**
22 CORTLANDT STREET, SUITE 1625
NEW YORK, NY 10007

IRINA LUST, ESQ.   TEL: (212) 960-3775
ANNA CARLEY, ESQ.   TEL: (212) 960-8766
GENERAL FAX: (646) 619-4184

August 9, 2012

*VIA FIRST CLASS MAIL AND FAX (212-410-0400)*

**Trustee Robert L. Geltzer**
**1556 Third Avenue, Suite 505**
**New York, NY 10128**
**Phone: 212-410-0100**

  Re: Estella Brizinova and Edward Soshkin (EDNYL 12-42935) Chapter 7

Dear Trustee Geltzer:

  Pursuant to your earlier requests and our conversations, please record that we dispatched whichever documents our clients had to your accountant in response to his second request for documents on July 19, 2012 via priority mail (USPS #7011 1570 0001 0690 3140).

  With regard to our latest conversation, I request that you please provide your appraisal's report for review so that we can effectively speak to our client. You mentioned settlement, which our clients are open to, and although you did mention a particular valuation number ($340,000), we will be much more effective if we have at least some written material to show to our clients to commence negotiations.

  With all the foregoing in mind, I respectfully ask you to inform us of our clients' requirement to appear at the next meeting scheduled for Tuesday August 14th 2012, or whether we can consent to an adjournment contemplating analysis of records by your accountant, and resolution of the home value.

  Thank you for your time, and anticipated cooperation with this case.

                Sincerely,

                Irina Lust, Esq.

WWW.CARLEYANDLUSTLAW.COM  IRINA@CARLEYANDLUSTLAW.COM  ANNA@CARLEYANDLUSTLAW.COM