UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In Re:                                                                    **Chapter 7**

**ESTELLA BRIZINOVA and**                              **Case No. 12-42935 (ESS)**
**EDWARD SOSHKIN a/k/a**
**EDUARD SOSHKIN**,

                                     Debtors.
-------------------------------------------------------------

## ORDER AUTHORIZING RULE 2004 EXAMINATION

        Upon the application (the "Application") of ROBERT L. GELTZER, ESQ., the trustee for the above-referenced Chapter 7 case (the "Trustee"), by his attorneys, the Law Offices of Robert L. Geltzer, for an Order pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2004 directing and compelling Estella Brizinova and Edward Soshkin individually, and as owners of NC Consulting, Inc., as well as any other businesses in which they have an ownership interest to produce certain documents (as set forth in the Trustee's Application) to the Trustee, and to appear for ~~a~~ FRBP 2004 examinations concerning the acts, conduct, property, liabilities and/or financial condition of the Debtors and/or any other matters which may affect the administration of the Debtors' estate, or right to a discharge; and, for good cause shown, it is hereby

        **ORDERED**, pursuant to FRBP 2004, that Estella Brizinova and Edward Soshkin individually, and as owners of NC Consulting, Inc., as well as any other businesses in which they have an ownership interest produce, if not previously produced, to the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128 ~~any and all~~ ***the following categories of*** documents of~~, and/or pertaining to,~~ the Debtors, and to any business entities in which the Debtors have or had an ownership interest(s) including~~, without limitation,~~ NC Consulting, Inc. for a period of six (6) years immediately preceding the filing of the petition, or for the shorter life of any such entities within the 6 years immediately prior to the filing of the petition*:* ~~including, without limitation,~~ ***any and all*** invoices, bank statements, statements of accounts receivable and payable, periodic credit card statements, bills, fronts and backs of

cancelled checks, ledgers, sales register tapes, passwords for computers, ~~worksheets, work papers, notes, manual records,~~ tax returns, investment, brokerage and retirement accounts statements and 401(k) account statements, insurance policies, documents reflecting the ~~Debtor's~~ ***Debtors'*** interests in other businesses and real estate, loan documents regarding any loans to and/or from related entities and their officers and directors and friends and relatives of ***the*** Debtor***s***, bank deposit slips, copies of checks received, back-up tapes and/or disks, contracts, agreements, lists of inventory, and/or any other fixed assets, ~~lists of major customers and suppliers,~~ any papers and/or pleadings related to legal actions, correspondence, ***and*** memoranda~~, etc., and any and all~~ ***including*** documents relating to any transactions between and/or among the Debtors and any insider(s) of the Debtors, as that term is defined in the Bankruptcy Code, by October 19, 2012, at 10:00 a.m.; and it is further

**ORDERED**, that Estella Brizinova appear on November 19, 2012 at 3:00 p.m., (the "Examination Date"), or such later date as may be mutually agreed to prior to the Examination Date, and at any adjournment(s) thereof, at the offices of the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128, for an examination pursuant to FRBP 2004 relating to the acts, conduct, property, liabilities, and/or financial condition~~, without limitation,~~ of~~, and/or related to,~~ the Debtors, and to any business entities in which the Debtors have or had an ownership interest including~~, without limitation,~~ NC Consulting, Inc.,~~ etc.,~~ or any matters which may affect the administration of the estate~~, and any and all related matters~~; and it is further

**ORDERED**, that Edward Soshkin appear on November 19, 2012 at 4:00 p.m., (the "Examination Date"), or such later date as may be mutually agreed to prior to the Examination Date, and at any adjournment(s) thereof, at the offices of the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128, for an examination pursuant to FRBP 2004 relating to the acts, conduct, property, liabilities, and/or financial condition~~, without limitation,~~ of~~, and/or related to,~~ the Debtors, and to any business entities in which the Debtors have or had an ownership interest including~~, without limitation,~~ NC Consulting, Inc., ~~etc.,~~ or any matters which may affect the administration of the estate~~, and any and all related matters~~; and it is further

~~ORDERED, that Estella Brizinova and Edward Soshkin be, and hereby are, directed to produce at the offices of the Law Offices of Robert L. Geltzer, for examination and copying, any documents subsequently requested by the Trustee as a result of information obtained from documents produced for, at and/or after the examination, and/or from the examination; and it is further~~

**ORDERED**, that the aforesaid attendances and the production of the documents may be compelled pursuant to the issuance and service of subpoenas <u>ad testificandum</u> and <u>duces tecum</u> under Federal Rule of Civil Procedure 45 made applicable to bankruptcy cases through FRBP 9016; and it is further

**ORDERED**, that the examinations to be taken in this matter may be recorded by digital voice or similar recorder to be operated by the Trustee or one of his employees.  Each counsel may, at its own expense, arrange to have a qualified court reporter record the testimony simultaneously with the digital voice or similar recorder and transcribe the same stenographically; and it is further

**ORDERED**, that the examinations shall continue from day-to-day until completed; and it is further

**ORDERED**, that service by United States First Class mail of a copy of this Order and the Application upon which it is granted, and any subpoena issued pursuant to this Order on Irina Lust, Esq., Carley & Lust PLLC, 22 Cortlandt Street, Suite 1625, New York, New York 10007, and Estella Brizinova, 65 Mayberry Promenade, Staten Island, New York 10312, and Edward Soshkin, 65 Mayberry Promenade, Staten Island, New York 10312, on or before ~~at least twenty (20) days prior to the Examination Date provided for herein~~ **_October 19, 2012,_** shall be deemed good and sufficient service; and it is further

**ORDERED**, that any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the Application be, and the same hereby is, dispensed with and waived for the purposes of the Application.



**Dated: Brooklyn, New York**
**October 4, 2012**

_Elizabeth S. Stong_
**Elizabeth S. Stong**
**United States Bankruptcy Judge**