Carley and Lust Attorneys At Law, PLLC
22 Cortland Street, Suite 1625
New York, NY 10007
Tel: 212-960-3775
*Attorneys for the Debtors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Chapter 7
In Re                                                              Case No: 1-12-42935 (ESS)

ESTELLA BRIZINOVA and EDWARD SOSHKIN

        Debtors.
-----------------------------------------------------------------X

## NOTICE OF MOTION TO VACATE ORDER AND QUASH SUBPOENA

**PLEASE TAKE NOTICE** that the Debtors, by and through their attorney, will move this Court at the United States Bankruptcy Court, located at 271 Cadman Plaza East, Court room #3585, Brooklyn, NY, on November 20th, 2012, at 10:00 AM or as soon thereafter as counsel may be heard, for an Order:

1) Pursuant to FRCP § 60(b), vacating the order dated October 10/4/2012 allowing the trustee to examine the Debtors pursuant to Rule 2004 of the Bankruptcy Procedure, because of its inapplicability due to a contested matter;

2) Pursuant to FRCP § 45, made applicable by Bankruptcy Rule 9016, quashing part of the Trustee's subpoena; and

3) Granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE NOTICE,** that objections, if any, are to be filed at least 14 days prior to the above-mentioned return date.

Dated: New York, New York
       October 25, 2012

Signature page to follow

_____

The Law Offices of Irina Lust, PLLC
By: Roman Leonov, of counsel
22 Cortlandt Street, 16th Floor
New York, NY 10007
212-518-1503 - direct

To:
Robert L Geltzer
1556 Third Avenue
Suite 505
New York, NY 10128

U.S. Trustee
United States Trustee
271 Cadman Plaza East
Suite 4529
Brooklyn, NY 11201