Audi

| | |
|---|---|
| From: | Victor Moneypenny [vm@myccorp.com] |
| Sent: | Tuesday, July 03, 2012 10:42 AM |
| To: | rgeltzer@epitrustee.com |
| Subject: | Estella Brizinova |

Bob:

Pursuant with your request, I have researched, evaluated and inspected the following real property in connection with the subject bankruptcy matter 65 Mayberry Promenade, Staten Island, N.Y. 10312 (the "Property"). The Property is designated in Richmond County as legal block 5421, legal lot 34.

The Property is two (2) story, single (1) family residence containing approximately 1,614 square feet of living space situated on a 2,438 sq. ft. lot.

After researching the Property and comparing it with similar properties recently sold in the immediate area within the past six (6) months, I value the Property to be in the $325,000 to $340,000 range.

If you should have any questions or require additional information please do not hesitate to contact me.

Best regards,
Victor

*Victor M. Moneypenny*
MYC & Associates, Inc.
1110 South Avenue, Suite 61
Staten Island, New York 10314
tel. (347) 273-1258
fax (347) 273-1358
mobile (917) 699-9694
www.myccorp.com
v-card



Auctioneers, Liquidators, Appraisers, Real Estate Brokerage & Management Firm
Providing Services to the Bankruptcy, Banking, Financial and Legal Communities



# FINANCE
# NEW •YORK
### THE CITY OF NEW YORK
### DEPARTMENT OF FINANCE

Date: 2/28/2012

Estella Brizinova
65 Mayberry Promenade
Staten Island, NY 10312

## Revision Notice 2012/2013

**Regarding:**

**Borough:** 5
**Block:** 5421    **Lot:** 34

Dear Taxpayer:

The valuation and/or classification of this property has been reviewed. During our review, we found that the original valuation and/or classification for the above stated tax year was erroneous, and changed it as shown below:

**Original Building Class:** A5
**Original Tax Class:** 1

**Final Building Class:** A5
**Final Tax Class:** 1

|  | Prior | Change | Revised |
|---|---|---|---|
| Market Value: | $515,000 | ($38,000) | $477,000 |
| Actual Assessed Value: | $23,500 | $0 | $23,500 |
| Actual Exemption: | $1,740 | $0 | $1,740 |
| Transitional Assessed Value | $23,500 | $0 | $23,500 |
| Transitional Exemption: | $1,740 | $0 | $1,740 |
| Taxable Value: | $21,760 | $0 | $21,760 |

The Department of Finance adjusts values annually in our commitment to assure an accurate and equitable assessment roll.

If you have specific questions about this notice, please contact the Property Division's Borough Offices through our web site: nyc.gov/contactassessors or call 311 and inform the operator you have a valuation policy question.

**PROPERTY DIVISION · VALUATION POLICY AND QUALITY CONTROL**

Homes (/homes/for_sale/)    Rentals (/homes/for_rent/)    Mortgage Rates (/mortgage-rates/)    Advice (http://www.zillow.com/advice/)

Find a Pro (http://www.zillow.com/directory/Eltingville-New-York-NY/real-estate-agents/)

Local Info (http://www.zillow.com/local-info/NY-New-York/Eltingville/r_273653/)    Blogs (http://www.zillow.com/blog/)    More ▾

ir Pros ▾    Mobile (/mobile/)

jn In (/homedetail/HomeDetail.$Border.$links$LoginLink.sdirect?
m:homedetail/HomeDetail=ZH4sIAAAAAAAAAOVVv08UQRSeBYmIoh40NiQWG6XZXY4TQsSGHyGcHkg4IxGjZG73cTfe7swwM3d7R6GSGC1stdJCoyX%2FgP%
AnbGyN%2FbYmhgLZ3fZOySaHAQL4xaT3Tfvx%2Ffe983s9g7qCTMIodMl9XHBOAjVzHtSoKzLAnuT%
D4LbY8FmFA73bdljXMmID2NJSy1gIDyGF3IKKBjm5x4Cg0W7uE6dnxMy06eKiiDmGxwnT4T2e3Ibu%2FaB768evtt68mEDs%2Bjnjr2a9AQ6Gzbb7EWIEA83n4%
dPLZ56ddCDW4sfNmJZww0IWK59qmBCzcipkiWoYIZLFWkq4gXBFGUX%2BFBdC2%
wJjmjEfMP1wXjz89PL7Vw1jNYXBjfCOga6Z00x4IGzzBuOLuG6bFNfNBSyqoAgtX6er8bTWRmzTJ7QqTY8IcBUTTfMql3Q2%
SroTdSvIUoiFXhFDYaHWwby4iYihB4oTHwzACIxWac2bxJJdOhCblAZFnBGgaqoIGQuwb45JwhQz29OeXXiag9KdTHbxDVVMeewCyXGqnNMBOhcq%
AM9v0SdqvaWUFD6Wlc3MN5CCXb3fWw97m2me4qoN7US6HhAhNIB3PsVsBRmINUoumk%2B04%2BTTNZQBkISFmzrrvTfLm6MYUG9oilqKKtRCvDf4K1DMml07w%
4N3K%2Bxcfs7ECu2vC30D3UV%
DK3S3ohSXIx0nDMM0Ic7qtKctnfExawE3tcRE09KYAqDYA6uosAJq5aWG5VmLt6zsSC476uRGc2PZkfHcWqRzR6GhhAdnfZcHC8dEWDUuwffDsc41uvcYRvi7Y5HfNIC%
M%2F0dRn0PDFQ6sPqOUntRo73xeuqvkxVVORNe6pyRE4mLtkWhxw8Uui5gowbUbSZcRqcmxEfK5WBrqEuaneSS5OGVzjFmUsFN%2BXqVrTYPdyVl%
21ZvDbQo%2F1Nz%2BvX2aRANOJ5wDFz%2F89ZcY%2F45%2Fdbyf4EZUcCTIsIAAA%3D)

Location: City, State, or ZIP    ☐

New York (/ny/)    New York (/new-york-ny/)    Staten Island (/staten-island-new-york-ny/)    Eltingville (/eltingville-staten-island-new-york-ny/)    Views: 63

**65 Mayberry Promenade**    Map    Bird's Eye    Street View                              **Contact a local agent**
Staten Island, NY 10312                                                                    Get advice about selling this home.
See alternate address
                                                                                           **Becky Churn** (/profile/Becky-Chum/)
**Not for Sale**                                                                           (no reviews (/reviews/write?s=X1-ZUz8r30mpfwky1_31kcj))    Call: (917) 200-0127
Zestimate    $408,153
Rent Zestimate    $2,049/mo
Est. Mortgage    $1,417/mo                                                                 **Giovanna Cardinale** (/profile/GIOGIUCARD/)
See current rates on Zillow (/mortgage-rates?                                              (4 reviews (/profile/GIOGIUCARD/Reviews/))    Call: (347) 227-2085
loantype=Refinance&nd=43)
View your 2012 Credit Score Instantly for $0
                                                                                           **Gaetano Marasa** (/profile/gmarasa/)
Beds: --                                                                                   (9 reviews (/profile/gmarasa/Reviews/))    Call: (718) 979-3400
Baths: --
Sqft: 1,614
Lot: 2,438 sq ft / 0.06 acres
Type: Single Family
Year built: 1975
Parking: --
Cooling: --                                                                                Your Name
Heating: --                                                                                Phone
Fireplace: --        (http://www.bing.com)    View larger map (/homes/32351063_zpid/)      Email Address
More facts
                     Description from Zillow: This is a 1614 square foot, single family   I would like advice about selling my home
                     home. It is located at 65 Mayberry Promenade Staten Island, New      at 65 Mayberry Promenade, Staten Island,
                     York. This home is in the New York City Geographic District #31      NY 10312.
                     School District. The nearest schools are PS 55 Henry M. Boehm
                     School, IS 24 Myra S. Barnes Intermediate School and Tottenville
                     High School - HS 455.

Claim this home (/claiming/ClaimProperty.htm?cid=1350070107689&zpid=32351063)              [ Contact Agent ]

Save this home (/myzillow/UpdateFavorites.htm?zpid=32351063&operation=add&ajax=false)   Get updates   Learn how to appear in this list
**Zestimates**
Email    more ▾       Value        Range          30-day change    $/sqft    Last updated
Zestimate              $408,153    $327K – $494K    -$8,735         $252      10/11/2012      
Rent Zestimate         $2,049/mo   $1.6K – $3.4K/mo   -$10           $1.27    10/08/2012
Owner Estimate         Post your own estimate (http://www.zillow.com/claiming/ClaimProperty.htm?
                       cid=1350070107698&zpid=32351063)

Zestimate  Rent Zestimate  more                                    1 year  5 years  10 years

    This home    --
    Eltingville  --
    New York     --