WEB SITE:
www.myccorp.com

EMAIL:
my@myccorp.com

# M.Y.C. & ASSOCIATES, INC.

**Marc P. Yaverbaum**
*Partner*

Tel.: (347) 273-1258
Fax.: (347) 273-1358

1110 South Avenue
Suite 61
Staten Island, NY 10314