Finally, you can read a full transcript of Bloomberg's press conference right here.



wNYC NYC Evacuation Zones          Zoom to Address   GO

Zone A
Risk of flooding from any hurric

**Key**

■ Zone A - **Mandatory evacuation ordered by Mayor Bloomberg.**

■ Zone B - Potential flooding from a Category 2+ hurricane.

■ Zone C - Potential flooding from a Category 3-4 hurricane hitting just south of NYC.

• Evacuation Centers

Share or embed this map
NJ & NY flood zones

Map: John Keefe/WNYC
Source: NYC DataMine, OEM



## LEGEND

▲ **Evacuation Centers/Shelters**

🟥 **Zone A**

Residents in Zone A face the **highest** risk of flooding from a hurricane's storm surge

🟨 **Zone B**

Residents in Zone B can expect a **moderate** likelihood of evacuation if a hurricane is expected to reach NYC

🟩 **Zone C**

Residents in Zone C can expect a **low** likelihood of evacuation if a hurricane is expected to reach NYC

Go to [NYC.gov](NYC.gov) for more information

Terms & Feedback

pdf.Pataridz2.URL

Show all downloads...