







Address **193 Mayberry Promenade**
Address is approximate



Google     Address **231 Mayberry Promenade**
Address is approximate

