

| No. | Company Name | FEIN | Address/Phone |
|---|---|---|---|
| 1. | ENSI CONSULTING, INC. | | 28 VAN ST<br>STATEN ISLAND, NY 10310-1311<br>718-989-9162 |

Search: Public Records : Locate a Business (Nationwide) NR
Terms: company(ensi consulting)
Date/Time: Sunday, November 11, 2012 1:12 PM

# Business Finder

### Business Information
**Company Name:** ENSI CONSULTING INC
**Address:** 28 VAN ST
STATEN ISLAND, NY 10310-1311
RICHMOND COUNTY
**Phone:** 718-989-9162

### Business Information
**Company Name:** ENSI CONSULTING, INC.
**Address:** STATEN ISLAND, NY



Better Business Bureau®

BBB serving Metropolitan New York, Long Island, and the Mid-Hudson Region

# BBB BUSINESS REVIEW

**THIS BUSINESS IS NOT BBB ACCREDITED**

## ENSI Consulting Inc

Phone: (718) 989-9162
28 Van Street, Staten Island, NY 10310
http://www.mimousa.com



**On a scale of A+ to F**
Reason for Rating
BBB Ratings System Overview

*BBB Business Reviews may not be reproduced for sales or promotional purposes.*

## BBB Accreditation

This business is not BBB accredited.

Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints. BBB Accredited Businesses must pay a fee for accreditation review/monitoring and for support of BBB services to the public.

## Reason for Rating

BBB rating is based on 16 factors. Get the details about the factors considered.

Factors that *lowered* the rating for ENSI Consulting Inc include:

- BBB does not have sufficient information to determine how long this business has been operating
- Failure to respond to 1 complaint filed against business
- BBB does not have sufficient background information on this business

## Customer Complaints Summary

2 complaints closed with BBB in last 3 years | 1 closed in last 12 months

| Complaint Type | Total Closed Complaints |
|---|---|
| Advertising/Sales Issues | 0 |
| Billing/Collection Issues | 0 |
| Delivery Issues | 0 |
| Guarantee/Warranty Issues | 0 |
| Problems with Product/Service | 2 |
| **Total Closed Complaints** | 2 |

## Government Actions

BBB knows of no significant government actions involving ENSI Consulting Inc.