UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Chapter 7
In Re                                                                                 Case No: 1-12-42935 (ESS)

ESTELLA BRIZINOVA and
EDWARD SOSHKIN
    *aka* EDUARD SOSHKIN

                          Debtors.
-------------------------------------------------------------------X

## ORDER COMPELLING TRUSTEE TO ABANDON PROPERTY

Upon the application (the "Motion") of the Debtors, by ~~its~~ *their* counsel, *filed on September 21, 2012,* with exhibits attached thereto, *seeking to compel the Trustee to abandon the Debtors' real property located at 65 Mayberry Promenade, Staten Island, New York, 10312,* and the Motion having come to be heard before this Court *on March 12, 2013, and there being no opposition to the Motion, or such opposition being withdrawn prior to the March 12, 2013 hearing, and there appearing good and sufficient cause shown*, it is hereby

**ORDERED,** that the Trustee abandon Debtor's property located at 65 Mayberry Promenade, Staten Island, New York, 10312.



**Dated: Brooklyn, New York**
       **March 12, 2013**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**